IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 3:11cr14 |
| **MINOR VARGAS CALVO,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED WITNESS LIST OF THE UNITED STATES

1. Tomme Bromseth
2. John Burgess
3. John Campagna
4. Jorge Castillo
5. Patrick Collins
6. Benjamin Geber
7. Stefan Hofer
8. Eugene Houchins
9. Steve Khoury
10. William "Brian" LeFevre
11. Sharon Limroth
12. Juanita Lee
13. Sandy Manildi
14. Jeff Marwil
15. Charles Napper
16. Bart Newman
17. Brent Oncale
18. Deborah Peck
19. Michael Quilling
20. Nancy Ramirez
21. Jim Schuppenhauer
22. Letha Sparks

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney
Eastern District of Virginia


BY:              /s/
        Michael S. Dry
        Jessica A. Brumberg
        Assistant United States Attorneys
        Eastern District of Virginia
        600 East Main Street
        Suite 1800
        Richmond, VA 23219
        Tel: (804) 819-5400
        Fax: (804) 771-2316
        Email: Michael.S.Dry@usdoj.gov
                Jessica.A.Brumberg@usdoj.gov


DENIS J. MCINERNEY
Chief
Criminal Division, Fraud Section
United States Department of Justice


BY:              /s/
        Albert B. Stieglitz, Jr.
        Trial Attorney
        Criminal Division, Fraud Section
        United States Department of Justice
        1400 New York Avenue, NW
        Washington, D.C.  20005
        Tel: (202) 514-4313
        Fax: (202) 514-0152
        Email: Albert.Stieglitz@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Jeffrey Lee Everhart
    Rice Everhart & Baber
    4100 E. Parham Road
    Suite C
    Richmond, VA 23228
    Email: everhartlaw@comcast.net

                                        /s/
                              Jessica A. Brumberg
                              Virginia Bar No. 72680
                              Assistant United States Attorney
                              United States Attorney's Office
                              600 East Main Street, Suite 1800
                              Richmond, Virginia 23219
                              Phone: (804) 819-5400
                              Fax: (804) 771-2316
                              Email: jessica.a.brumberg@usdoj.gov