IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 3:11cr14 |
| MINOR VARGAS CALVO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED EXHIBIT LIST OF THE UNITED STATES**

| Exhibit | Date | Bates Number |
|---|---|---|
| 1 | 10/8/2004 | 1B102-HAYNES-140448-58 |
| 2 | 10/19/2004 | 1B139-MACKERT-235275-282 |
| 3 | 12/22/2004 | 1B71-TRUSTEE-067370-79 |
| 4 | 2/17/2005 | 1A644-SCHUPPENHAUER-861440-443 |
| 5 | 3/18/2005 | 1B183-HOFER-841913-20 |
| 6 | 2/12/2006 | 1A629-HOUCHINS-859967-71 |
| 7 | 4/7/2006 | 1B41-STATE-016478-84 |
| 8 | 4/14/2006 | 1A629-HOUCHINS-860009-16 |
| 9 | 5/23/2006 | 1B183-HOFER-841921-28 |
| 10 | 6/21/2006 | 1B111-MACKERT-200161; 1B133-MACKERT-234446 |
| 11 | 10/13/2006 | 1B110-MACKERT-182642 |
| 12 | 11/6/2006 | 1A188-PENN-172029, 31,33,35,37, 39, 41 |
| 13 | 11/6/2006 | 1A77-STATE-127235-38 |
| 14 | 11/17/2006 | 1B1-BROMSETH-132044 |
| 15 | 1/20/2007 | 1A629-HOUCHINS-859995 |
| 16 | 1/26/2007 | 1A629-HOUCHINS-860035-37 |
| 17 | 3/2/2007 | 1B149-Vargas-386901-13 |
| 18 | 3/7/2007 | 1B149-Vargas-386219-23 |
| 19 | 3/27/2007 | 1B40-STATE-015427-34 |
| 20 | 5/21/2007 | 1A645-KHOURY-861096-861104 |
| 21 | 5/31/2007 | 1A385-STATE-837764 |
| 22 | 6/6/2007 | 1B149-Vargas-403585 - 86 |
| 23 | 6/13/2007 | 1B149-Vargas-403858-62 |

| | | |
|---|---|---|
| 24 | 7/3/2007 | 1A629-Houchins-860127-134 |
| 25 | 8/17/2007 | 1B183-HOFER-841929-35 |
| 26 | 9/13/2007 | 1A626-TRANSLATED-858841-45 |
| 27 | 11/9/2007 | 1B149-Vargas-425696-709 |
| 28 | 11/12/2007 | 1A626-TRANSLATED-858846-49 |
| 29 | 12/27/2007 | 1B149-Vargas-435908 |
| 30 | 1/9/2008 | 1B139-MACKERT-235274 |
| 31 | 1/17/2008 | 1B12-State-085435 -39 |
| 32 | 1/25/2008 | 1A626-TRANSLATED-858850-59 |
| 33 | 2/5/2008 | 1B149-Vargas-454320-21 |
| 34 | 2/8/2008 | 1B149-Vargas-454035-38 |
| 35 | 2/20/2008 | 1A626-TRANSLATED-858860-63 |
| 36 | 3/27/2008 | 1A626-TRANSLATED-858864-70 |
| 37 | 4/21/2008 | 1B149-Vargas-388721-24 |
| 38 | 5/2/2008 | 1A626-TRANSLATED-858880-83 |
| 39 | 5/11/2008 | 1A626-TRANSLATED-858884-85 |
| 40 | 5/13/2008 | 1A626-TRANSLATED-858886-90 |
| 41 | 5/14/2008 | 1B149-Vargas-469744-51 |
| 42 | 5/30/2008 | 1B143-QUILLING-188709-10 |
| 43 | 6/2/2008 | 1B149-Vargas-391066-67 |
| 44 | 6/18/2008 | 1A626-TRANSLATED-858897-909 |
| 45 | 6/19/2008 | 1B149-Vargas-392541-43 |
| 46 | 6/19/2008 | 1B149-Vargas-392512-27 |
| 47 | 7/10/2008 | 861328-30 |
| 48 | 8/4/2008 | 1A625-GEBER-858808-10 |
| 49 | 8/12/2008 | 1A625-GEBER-858562-67 |
| 50 | 8/22/2008 | 1B149-Vargas-475912-28 |
| 51 | 9/10/2008 | 1A625-GEBER-858815-17 |
| 52 | 9/23/2008 | 1B183-HOFER-841940-48 |
| 53 | 10/2/2008 | 1B149-Vargas-39816-28 |
| 54 | 10/6/2008 | 1B149-Vargas-398960-63 |
| 55 | 10/10/2008 | 1B149-Vargas-446638-39 |
| 56 | 10/20/2008 | 1A625-GEBER-858658-66 |
| 57 | 10/23/2008 | 1A625-GEBER-858669-71 |
| 58 | 10/30/2008 | 1B41-STATE-017093-97 |
| 59 | 11/6/2008 | 1B149-Vargas-400258-66 |
| 60 | 12/19/2008 | 1A625-GEBER-858557-58 |
| 61 | 12/24/2008 | 1A625-GEBER-858549-56 |
| 62 | 1/5/2009 | 1A626-TRANSLATED-858915-19 |
| 63 | 1/12/2009 | 1B149-Vargas-404932-37 |
| 64 | 1/30/2009 | 1B183-HOFER-841964-69 |
| 65 | 2/5/2009 | 1B149-Vargas-405812-14 |
| 66 | 2/8/2009 | 1B149-Vargas-406711-12 |

| | | |
|---|---|---|
| 67 | 2/18/2009 | 1B3-STATE-002743-44 |
| 68 | 2/19/2009 | 1B149-Vargas-407453-60 |
| 69 | 2/24/2009 | 1B149-Vargas-407509-23 |
| 70 | 2/25/2009 | 1A626-TRANSLATED-858920-27 |
| 71 | 3/9/2009 | 1B149-Vargas-407481-87 |
| 72 | 3/12/2009 | 1B183-HOFER-841955-63 |
| 73 | 3/15/2009 | 861335-861338 |
| 74 | 3/17/2009 | 1B149-Vargas-407949-50 |
| 75 | 3/20/2009 | 1B149-Vargas-408450-51 |
| 76 | 3/23/2009 | 1B149-Vargas-408464-66 |
| 77 | 3/24/2009 | 1B149-Vargas-408357-59 |
| 78 | 3/26/2009 | 1B149-Vargas-407994-95 |
| 79 | 4/13/2009 | 1B149-Vargas-487248-62 |
| 80 | 4/29/2009 | 1B149-Vargas-409618-21 |
| 81 | 5/25/2009 | 1B149-Vargas-489565-67 |
| 82 | 6/1/2009 | 1B149-Vargas-411511-12 |
| 83 | 6/5/2009 | 1B149-Vargas-411477-80 |
| 84 | 6/23/2009 | 1B149-Vargas-413388-92 |
| 85 | 6/23/2009 | 1B149-Vargas-413214-15 |
| 86 | 6/23/2009 | 1B149-Vargas-413214-15 |
| 87 | 6/23/2009 | 1B149-Vargas-413177-85 |
| 88 | 7/13/2009 | 1B149-Vargas-418135-37 |
| 89 | 8/18/2009 | 1A626-TRANSLATED-858928-36 |
| 90 | 9/2/2009 | 1B149-Vargas-425909-6006 |
| 91 | 9/24/2009 | 1B149-Vargas-430364 -67 |
| 92 | 9/25/2009 | 1B149-Vargas-429517-25 |
| 93 | 10/6/2009 | 1B149-Vargas-431577 |
| 94 | 10/12/2009 | 1B149-Vargas-431762-63 |
| 95 | 11/6/2009 | 1B149-Vargas-433999-00 |
| 96 | 11/11/2009 | 1B149-Vargas-434071-78 |
| 97 | 12/6/2009 | 1B149-Vargas-434223-42 |
| 98 | 12/7/2009 | 1B149-Vargas-434630-34 |
| 99 | 12/8/2009 | 1B149-Vargas-436670-71 |
| 100 | 1/12/2010 | 1B149-Vargas-439503-07 |
| 101 | 1/14/2010 | 1B149-Vargas-440708-13 |
| 102 | 1/25/2010 | 1B149-Vargas-441958-65 |
| 103 | 1/27/2010 | 1B183-HOFER-841981-86 |
| 104 | 1/27/2010 | 1B149-Vargas-441712-28 |
| 105 | 2/1/2010 | 1A626-TRANSLATED-8589237-44 |
| 106 | 2/5/2010 | 1B149-Vargas-442789-95 |
| 107 | 2/6/2010 | 1A627-TRANSLATED-859078-86 |
| 108 | 2/11/2010 | 1B149-Vargas-443564-75 |
| 109 | 2/12/2010 | 1A627-TRANSLATED-859087-93 |

| | | |
|---|---|---|
| 110 | 2/25/2010 | 1A627-Translated-859096-97 |
| 111 | 2/25/2010 | 1A627-Translated-859094-95 |
| 112 | 2/26/2010 | 1A627-TRANSLATED-859098-01 |
| 113 | 2/27/2010 | 1A627-TRANSLATED-859102-03 |
| 114 | 3/9/2010 | 1B149-Vargas-448933-47 |
| 115 | 3/15/2010 | 1A626-TRANSLATED-858957-60 |
| 116 | 3/16/2010 | 1B149-Vargas-450693-94 |
| 117 | 3/17/2010 | 1B149-Vargas-450289-98 |
| 118 | 3/17/2010 | 1B149-Vargas-450841-47 |
| 119 | 3/25/2010 | 1B149-Vargas-451558-559 |
| 120 | 3/26/2010 | 1A626-TRANSLATED-858961-78 |
| 121 | 3/29/2010 | 1A626-TRANSLATED-858983-84 |
| 122 | 4/3/2010 | 1B149-Vargas-451749-51 |
| 123 | 4/7/2010 | 1B149-Vargas-451722-23 |
| 124 | 4/9/2010 | 1B149-Vargas-452577 |
| 125 | 4/15/2010 | 1B149-Vargas-452760-70 |
| 126 | 4/16/2010 | 1B149-Vargas-452565-71 |
| 127 | 4/16/2010 | 1B149-Vargas-452614-19 |
| 128 | 4/16/2010 | 1B149-Vargas-452795-801 |
| 129 | 4/20/2010 | 1B149-Vargas-453414 |
| 130 | 4/20/2010 | 1B149-Vargas-453840-42 |
| 131 | 4/27/2010 | 1B149-Vargas-455124-26 |
| 132 | 4/27/2010 | 1B149-Vargas-455615-17 |
| 133 | 4/30/2010 | 1B149-Vargas-456347-59 |
| 134 | 5/4/2010 | 1B149-Vargas-456437 |
| 135 | 5/7/2010 | 1A367-SEC-837312-14 |
| 136 | 5/14/2010 | 1B183-HOFER-841971-80 |
| 137 | 6/10/2010 | 1A626-TRANSLATED-858999-012 |
| 138 | 6/10/2010 | 1A631-TRUSTEE-860264-69 |
| 139 | 6/11/2010 | 1B626-Translated-859013-15 |
| 140 | 6/17/2010 | 1B172-Vargas-609553-55 |
| 141 | 6/25/2010 | 1A367-SEC-837326-35 |
| 142 | 6/25/2010 | 1A367-SEC-837282-89 |
| 143 | 7/6/2010 | 1B172-Vargas-605761-63 |
| 144 | 7/7/2010 | 1B172-Vargas-603821-22 |
| 145 | 7/26/2010 | 1A631-TRUSTEE-860344 |
| 146 | 7/26/2010 | 1A631-TRUSTEE-860341-43 |
| 147 | 8/2/2010 | 1B172-Vargas-606463 |
| 148 | 8/4/2010 | 1B172-VARGAS-607504-05 |
| 149 | 8/8/2010 | 1A626-TRANSLATED-859016-19 |
| 150 | 8/17/2010 | 1A631-TRUSTEE-860320-23 |
| 151 | 8/18/2010 | 1B172-Vargas-602092 |
| 152 | 8/23/2010 | 1A626-TRANSLATED-859020-27 |

| | | |
|---|---|---|
| 153 | 8/26/2010 | 1A631-TRUSTEE-860316-19 |
| 154 | 9/3/2010 | not bates-stamped |
| 155 | 9/9/2010 | not bates-stamped |
| 156 | 9/17/2010 | 1A631-TRUSTEE-860232-37 |
| 157 | 10/8/2010 | 1B172-Vargas-595154-55 |
| 158 | 10/8/2010 | 1B172-Vargas-598061-67 |
| 159 | 10/14/2010 | 1B172-Vargas-594944-61 |
| 160 | 10/27/2010 | 1B172-Vargas-591835-38 |
| 161 | 10/27/2010 | 1A626-TRANSLATED-859030-37 |
| 162 | 11/13/2010 | 1A626-TRANSLATED-859038-41 |
| 163 | 11/14/2010 | 1B172-Vargas-591827-28 |
| 164 | 12/1/2010 | 861331 |
| 165 | 12/10/2010 | 1B172-Vargas-590194-95 |
| 166 | 12/11/2010 | 1B172-Vargas-587500 |
| 167 | 1/4/2011 | 861332-34 |
| 168 | 4/2/2011 | 1B183-HOFER-841397-98 |
| 169 | 11/21/2011 | not bates-stamped |
| 170 | 3/26/2012 | 1A641-NAPPER-861059-61 |
| 171 | undated | 1A629-HOUCHINS-860004-07 |
| 172 | undated | 1B183-HOFER-841835 |
| 173 | undated | 1B143-QUILLING-861094 |
| 174 | undated | 1B102-HAYNES-140459-60 |
| 175 | undated | 1B41-STATE-018075 - 203 |
| 176 | undated | 861339 |
| 177 | undated | 1A629-HOUCHINS-860146 |
| 178 | 8/12/2008 | 1A625-GEBER-858828-33 |
| 179 | 2/10/2010 | 179A - 3 DVDs containing Collins Transcript<br>179B - 1 DVD containing excerpts<br>179C is the transcript of the excerpts |
| 180 | 7/29/2010 | 180A - 3 DVDs containing TSSB Transcript<br>180B - 1 DVD containing excerpts<br>180C is the transcript of the exerpts |
| 181 | 12/24/2005 | 1B139-MACKERT-235354- 235363 |
| 182 | 1/31/2004 | 1B102-HAYNES-140433-140439 |
| 183 | 6/17/2005 | 1B164-SURVEY-266944 – 266952 |
| 184 | 12/3/2007 | 1A619-INVESTOR-858005 - 858012 |
| 185 | 11/12/2004 | 1B143-QUILLING-188794-803 |
| 186 | 11/12/2004 | 1A649-VICTIM-861341-861348 |
| 187 | 1/6/2012 | Stipulation #1 |
| 188 | 3/6/2012 | Stipulation #2 |
| 189 | 7/29/2010 | Excerpt from Exhibit 180 (2:41-2:58) |
| 190 | 7/29/2010 | Excerpt from Exhibit 180 (4:18-4:28) |

| | | |
|---|---|---|
| 191 | 7/29/2010 | Excerpt from Exhibit 180 (7:32-8:10) |
| 192 | 7/29/2010 | Excerpt from Exhibit 180 (13:15-13:23) |
| 193 | 7/29/2010 | Excerpt from Exhibit 180 (18:03-18:09) |
| 194 | 7/29/2010 | Excerpt from Exhibit 180 (22:09-22:24) |
| 195 | 3/17/2004 | Vargas BCR card |
| 196 | 10/15/2010 | 1B172-VARGAS-596291 - 596294 |
| 197 | | Payments to Provident Capital Indemnity from Life Settlement Providers, 2004-2010 (Summary Exhibit) |
| 198 | | Total Premium Payments Received by Vargas/PCI, 2004-2010 (Summary Exhibit) |
| 199 | | Estimated Face Value of Financial Guarantee Bonds Sold to Life Settlement Providers by PCI, 2004-2010 (Summary Exhibit) |
| 200 | | Payment to A&O Trustee, April 15, 2010 (Summary Exhibit) |
| 201 | | Payment to A&O Trustee, May 14, 2010 (Summary Exhibit) |
| 202 | | Payment to A&O Trustee, July 14, 2010 (Summary Exhibit) |
| 203 | | Money Promised to SIS/AFS (Summary Exhibit) |
| 204 | | The A&O Settlement Agreeement (Summary Exhibit) |
| 205 | | Payments from Desarrollos Account #3824 to Selected Individuals and Entities, 2004-2010 (Summary Exhibit) |
| 206 | | Banco de Costa Rica account #3824 spreadsheet |

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney
Eastern District of Virginia


BY:  _____/s/_____
Michael S. Dry
Jessica A. Brumberg
Assistant United States Attorneys
Eastern District of Virginia
600 East Main Street
Suite 1800
Richmond, VA 23219
Tel: (804) 819-5400
Fax: (804) 771-2316
Email: Michael.S.Dry@usdoj.gov
Jessica.A.Brumberg@usdoj.gov

6

        DENIS J. MCINERNEY
        Chief
        Criminal Division, Fraud Section
        United States Department of Justice

BY:    _____/s/_____
        Albert B. Stieglitz, Jr.
        Trial Attorney
        Criminal Division, Fraud Section
        United States Department of Justice
        1400 New York Avenue, NW
        Washington, D.C.  20005
        Tel: (202) 514-4313
        Fax: (202) 514-0152
        Email: Albert.Stieglitz@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Jeffrey Lee Everhart
>Rice Everhart & Baber
>4100 E. Parham Road
>Suite C
>Richmond, VA 23228
>Email: everhartlaw@comcast.net

>_____/s/_____
>Jessica A. Brumberg
>Virginia Bar No. 72680
>Assistant United States Attorney
>United States Attorney's Office
>600 East Main Street, Suite 1800
>Richmond, Virginia 23219
>Phone: (804) 819-5400
>Fax: (804) 771-2316
>Email: jessica.a.brumberg@usdoj.gov